IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CR-3:93-CR-344-H |
| v. | * | CA-3:05-CV-2508-H |
| | * | |
| THOMAS MICHAEL DONAHUE | * | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 16 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed March 2, 2006, and Petitioner Donahue's Objections thereto, filed March 15, 2006.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings, Conclusions and Recommendation of the Magistrate Judge; and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: March __16__, 2006.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS